UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD MICHAEL SIERADZKI,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.
_____/

Case No. 1:15-cv-1340

HONORABLE PAUL L. MALONEY

# ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 23, 2018, recommending that this Court grant the motion and enter judgment. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED. All of Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE.

A Judgment will be entered consistent with this Order.

Dated: February 22, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge