UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD MICHAEL SIERADZKI,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.

_____/

Case No. 1:15-cv-1340

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: February 22, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge